```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CEDRIC BISHOP, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

FSC BARBER LLC d/b/a FELLOW BARBER

        Defendant.

Case No.   1:18-cv-06205-PGG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
       October 4, 2018

By: _____
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law P.C.
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

Dated:  New York, New York
       October 4, 2018

By: _____
Ryan C. Chapoteau, Esq.
Jackson Lewis P.C.
666 Third Avenue
New York, NY 10017
Ryan.Chapoteau@jacksonlewis.com
*Attorney for Defendant*

**SO ORDERED:**

_____
**Paul G. Gardephe, U.S.D.J.**
Dated: Oct. 5, 2018